Dismissed and Memorandum Opinion filed August 3, 2006








Dismissed
and Memorandum Opinion filed August 3, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00061-CV

____________

 

ISAAC L. RAIJMAN, M.D., Individually and d/b/a

DIGESTIVE ASSOCIATES OF HOUSTON, P.A., Appellants

 

V.

 

CAROLYN GARRETT and JOHN GARRETT, Appellees

 



 

On Appeal from the
234th District Court

Harris County,
Texas

Trial Court Cause
No. 03-31138

 



 

M E M O R A N D U M   O P I N I O N








This is
an appeal from a judgment signed October 28, 2005.  On February 16, 2006, this
court ordered the parties to participate in mediation.  On May 4, 2006, the
court ordered the parties to comply with our earlier order to conduct mediation
and notify this court of the results of mediation.  Our order notified the
parties that the appeal was subject to dismissal if the parties did not
comply.  No response was received.  On June 13, 2006, notification was
transmitted to all parties of the court=s intention to dismiss the appeal for
failing to comply with this court=s order.  See Tex. R. App. P. 42.3(c).  In response,
appellant notified the court that the case had settled in mediation.  Appellant
did not file a motion to dismiss the appeal, as required by our mediation
order, however.  To date, no motion or further response to this court=s order has been filed.  

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed August
3 2006.

Panel consists of Chief Justice Hedges and Justices Yates and Seymore.